JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ESCUDERO, SR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. ED CV 17-2080-MWF (SHKx)<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

ORDER

46758310v.1

# ORDER

Pursuant to the Parties' Joint Stipulation for Dismissal of All Claims and Named Defendants with Prejudice filed on June 28, 2018, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE. Each party shall bear its own fees and costs.

DATED: June 28, 2018

_____
Honorable Michael W. Fitzgerald
United States District Judge

46758310v.1